UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>IRONMAN PRODUCTIONS, INC.,<br><br>　　　　Defendant. | No. CV 23-3560 PA (MAAx)<br><br>JUDGMENT |

Pursuant to this Court's August 28, 2023 Minute Order granting plaintiffs Board of Directors of the Motion Picture Industry Pension Plan, Board of Directors of the Motion Picture Industry Individual Account Plan, and Board of Directors of the Motion Picture Industry Health Plan's (collectively, "Plaintiffs") Motion for Default Judgment against defendant Ironman Productions, Inc. ("Defendant"), it is hereby ORDERED, ADJUDGED, AND DECREED:

　　1.　　Plaintiffs shall have judgment in their favor and against Defendant;

　　2.　　Plaintiffs shall recover from Defendant the total amount of $52,405.35 (consisting of $20,512.50 in delinquent contributions, $10,288.80 in interest, $10,288.80 in liquidated damages, $3,102.75 in audit fees, $6,268.00 in attorneys' fees, and $1,944.50 in litigation costs);

3.  Plaintiffs are entitled to post judgment interest at the statutory rate pursuant to 28 U.S.C. § 1961 from the date of this Judgment until paid

DATED: August 28, 2023

_____
Percy Anderson
United States District Judge

-2-